# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

**FILED**

4:01 pm, 10/2/24

**Margaret Botkins
Clerk of Court**

LIBERTY MUTUAL INSURANCE COMPANY,

Plaintiff

vs

THE CINCINNATI INSURANCE COMPANY,

Defendant

Case Number: 2:23-CV-00172-SWS

## JUDGMENT IN A CIVIL ACTION

This matter comes before the Court on Plaintiff's Motion for Summary Judgment (ECF No. 18), and Defendant's Cross Motion for Summary Judgment (ECF No. 24). Pursuant to the Court's Order on Parties' Cross Summary Judgment Motions entered on October 2, 2024 (ECF No. 37),

IT IS HEREBY ORDERED AND ADJUDGED that summary judgment is entered in the Plaintiff's favor. Judgment in the amount of $195,749.65 plus costs of this action is entered in favor of Liberty Mutual Insurance Company and against The Cincinnati Insurance Company, and the case is closed.

Dated this 2nd day of October, 2024.

Margaret Botkins
Clerk of Court

By Elayna Thorsell
Deputy Clerk

WY 37

Rev. 09/17/2024