**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>THE CINCINNATI INSURANCE COMPANY,<br><br>        Defendant. | Civil Case No. 2:23-cv-00172-SWS<br><br>Judge Scott W. Skavdahl<br><br>Magistrate Judge Scott P. Klosterman |

**NOTICE OF APPEAL**

NOTICE is hereby given that The Cincinnati Specialty Underwriters Insurance Company ("Defendant"), by and through counsel, hereby appeals to the United States Court of Appeals for the Tenth Circuit, from the United States District Court for the District of Wyoming, the Final Judgment entered in this action on the 2nd day of October, 2024 (Doc. 38).

DATED this __30th__ day of October, 2024.

                Respectfully submitted,


                By: /s/ *Vincent J. Velardo*
                VINCENT J. VELARDO (8-6826)
                **LITCHFIELD CAVO LLP**
                2455 E. Parleys Way, Suite 320
                Salt Lake City, Utah 84109
                Phone: (801) 410-4982
                velardo@litchfieldcavo.com

                *Attorneys for The Cincinnati Specialty
                Underwriters Insurance Company, improperly
                impleaded as The Cincinnati Insurance Company*

1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on October 30, 2024, a true and correct copy of the foregoing

**NOTICE OF APPEAL** was filed through the courts electronic CM/ECF filing system, which

caused all counsel of record to be served via electronic means.


_/s/ Adrianna E. Hebard_