

**FILED**

**Margaret Botkins**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
# DISTRICT OF WYOMING



Margaret Botkins
Clerk of Court

Jon Bastian
Chief Deputy Clerk

10:02 am, 11/14/24

November 14, 2024

Chris Wolpert, Clerk of Court
United States Court of Appeals for the 10th Circuit
Byron R. White Courthouse
1823 Stout Street
Denver, CO  80257

Re:     TRANSCRIPT ORDERS
        District Court Case Number: 23-cv-172-SWS
        Liberty Mutual Insurance Company v. The Cincinnati Insurance Company
        US Court of Appeals Case Number:  24-8077

Dear Clerks:

        Please be advised that the transcripts ordered for the above captioned case are:

            No transcripts have been ordered for this appeal.

        For purposes of appeal, the record is now ready.

                            Sincerely,

                            Margaret Botkins
                            Clerk of Court

                    By:_____
                            Tiffany Dyer